**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| AZIZ SALAAM | |
| Plaintiff, | Case No.: 2:14-cv-02055-WD |
| v. | |
| CITY OF PHILADELPHIA; P/O TRAVIS WOLFE and P/O BARRY DELAGOL, *individually and in their official capacity as Police Officers for the City of Philadelphia*, | **ENTRY OF APPEARANCE**  *Filed Electronically* |
| Defendants. | |

TO THE CLERK:

Kindly enter the appearance of Caroline S. Choi, Esquire, of Blank Rome LLP, as additional counsel on behalf of Plaintiff, Aziz Salaam in the above-captioned action. The foregoing attorney requests to be added to the electronic service list in this action.


Dated:  November 7, 2018              Respectfully,

*/s/ Caroline S. Choi*
Caroline S. Choi (I.D. No. 320554)
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel.:  215-569-5529
CChoi@BlankRome.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I caused to be served a true and correct copy of the foregoing Entry of Appearance on the following via ECF:

Nicholas Cummins
BENNETT BRICKLIN & SALTZBURG, LLP
1601 Market St., 16th Floor
Philadelphia, PA 19103
Cummins@bbs-law.com
*Attorney for Defendant, Barry Delagol*

Rebecca Prosper
CITY OF PHILADELPHIA
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Rebecca.prosper@phila.gov
*Attorney for Defendant, Travis Wolfe*

*/s/ Caroline S. Choi*
Caroline S. Choi, Esq.

Dated:  November 7, 2018