# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZIZ SALAAM, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| P/O TRAVIS WOLFE, *et al.*, | : | No. 14-2055 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **19th** day of **August 2019**, upon consideration of Defendants' Joint Motion for Summary Judgment, Plaintiff's response, and Defendants' reply, and for the reasons stated in this Court's memorandum dated August 19, 2019, it is **ORDERED** that:

1. Defendants' motion (Document No. 46) is **GRANTED**.

2. Judgment is entered in favor of Defendants on all claims.

3. The Proposed Joint Stipulation for Continuance of Trial (Document No. 51) is **DENIED** as moot.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**