## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AZIZ SALAAM<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA; P/O TRAVIS WOLFE and P/O BARRY DELAGOL, *individually and in their official capacity as Police Officers for the City of Philadelphia*,<br><br>         Defendants. | Case No.: 2:14-cv-02055-WD<br><br>**WITHDRAWAL OF COUNSEL**<br><br>*Filed Electronically* |

### NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD

Kindly withdraw the appearance of Jeremy N. Kolman, Esquire, on behalf of Plaintiff, Aziz Salaam, in the above-captioned matter.  Jeremy N. Kolman was pro bono counsel for plaintiff in this matter, which is now dismissed, and will not be representing plaintiff in his appeal.

Dated:  October 7, 2019

Respectfully,

*/s/ Jeremy N. Kolman*
Jeremy N. Kolman (I.D. No. 321215)
**BLANK ROME LLP**
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel.:  215-569-5615
JKolman@BlankRome.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date indicated below, I caused to be served a true and correct

copy of the foregoing Withdrawal of Counsel on the following via ECF:


Nicholas Cummins
BENNETT BRICKLIN & SALTZBURG, LLP
1601 Market St., 16th Floor
Philadelphia, PA 19103
Cummins@bbs-law.com
*Attorney for Defendant, Barry Delagol*


Rebecca Prosper
CITY OF PHILADELPHIA
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Rebecca.prosper@phila.gov
*Attorney for Defendant, Travis Wolfe*


*/s/ Jeremy N. Kolman*
Jeremy N. Kolman, Esq.

Dated:  October 7, 2019