UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AZIZ SALAAM<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF PHILADELPHIA; P/O TRAVIS WOLFE and P/O BARRY DELAGOL, *individually and in their official capacity as Police Officers for the City of Philadelphia*,<br><br>    Defendants. | Case No.: 2:14-cv-02055-WD<br><br>**WITHDRAWAL OF COUNSEL**<br><br>*Filed Electronically* |

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

Kindly withdraw the appearance of James T. Smith, Esquire, on behalf of Plaintiff, Aziz Salaam, in the above-captioned matter.  James T. Smith was pro bono counsel for plaintiff in this matter, which is now dismissed, and will not be representing plaintiff in his appeal.

Dated:  October 7, 2019                Respectfully,

                        */s/ James T. Smith*
                        James T. Smith (I.D. No. 39933)
                        **BLANK ROME LLP**
                        One Logan Square
                        130 North 18th Street
                        Philadelphia, PA 19103
                        Tel.:  215-569-5643
                        smith-jt@BlankRome.com

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I caused to be served a true and correct copy of the foregoing Withdrawal of Counsel on the following via ECF:

Nicholas Cummins
BENNETT BRICKLIN & SALTZBURG, LLP
1601 Market St., 16th Floor
Philadelphia, PA 19103
Cummins@bbs-law.com
*Attorney for Defendant, Barry Delagol*

Rebecca Prosper
CITY OF PHILADELPHIA
1515 Arch St., 14th Floor
Philadelphia, PA 19102
Rebecca.prosper@phila.gov
*Attorney for Defendant, Travis Wolfe*

*/s/ James T. Smith*
James T. Smith, Esq.

Dated:  October 7, 2019